USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

YELITZA PICON,
*And On Behalf Of All Other Persons Similarly Situated*,

                                       Plaintiffs,

           -against-

LMAKPROJECTS INC.,

                                       Defendant.

------------------------------------------------------------------ x

**19-CV-6907 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:**      **April 14, 2020**
                **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**